AO 257 (Rev. 6/78)

E-filing

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 841(a)/841(b)(1)(A)(iii) -- Possession with intent to distribute cocaine base, namely crack cocaine; 21 U.S.C. § 841(a)/841(b)(1)(C) -- Possession with intent to distribute cocaine; 21 U.S.C. § 841(a)/841(b)(1)(C) -- Possession with intent to distribute MDMA; 21 U.S.C. § 841(a)/841(b)(1)(D) -- Possession with intent to distribute Marijuana.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   See attached sheet

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
AUG 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
MARSHAWN JEROME HOWARD

DISTRICT COURT NUMBER
**CR08-541  CW**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation/ Richmond Police Dept.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK BUTTS, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
North County

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:

DEFENDANT INFORMATION SHEET ATTACHMENT

COUNT ONE:       Maximum 40 years in prison, mandatory minimum 5 years; $2,000,000 fine; supervised release minimum 4 years; special assessment $100.

COUNT TWO:       Maximum 40 years in prison; $2,000,000 fine; supervised release minimum 4 years; special assessment $100.

COUNT THREE:     Maximum 20 years in prison; $1,000,000 fine; supervised release minimum 3 years; special assessment $100.

COUNT FOUR:      Maximum 5 years prison; $250,000 fine, supervised release minimum 2 years; special assessment $100.

# United States District Court
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

MARSHAWN JEROME HOWARD,

DEFENDANT(S).

**FILED**
AUG 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR08-541 CW

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(iii) – Possession With Intent To Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) – Possession With Intent To Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana

A true bill.

_____ Foreman

Filed in open court this __13__ day of August 2008.

_____ Clerk

Bail, $ No bail arrest warrant.
8/13/08

E-filing

JOSEPH P. RUSSONEILLO (CASBN 44332)
United States Attorney

**FILED**

AUG 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARSHAWN JEROME HOWARD,<br><br>Defendant. | No. CR08-541 CW<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) – Possession With Intent To Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) -- Possession With Intent To Distribute Cocaine Base).

On or about June 26, 2008, in the Northern District of California, the defendant,

MARSHAWN JEROME HOWARD,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled

substance, namely, at least 5 grams of a mixture and substance containing a detectable amount of

INDICTMENT

1  cocaine base (in the form of "crack" cocaine), in violation of Title 21, United States Code,
2  Sections 841(a)(1) and 841(b)(1)(B)(iii).

4  COUNT TWO:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) -- Possession With Intent To Distribute Cocaine).

6  On or about June 26, 2008, in the Northern District of California, the defendant,
7  MARSHAWN JEROME HOWARD,
8  did knowingly and intentionally possess with intent to distribute a Schedule II controlled
9  substance, namely, approximately 525 grams of a mixture and substance containing a detectable
10 amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and
11 841(b)(1)(B)(ii).

13 COUNT THREE:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) -- Possession With Intent To Distribute MDMA ).

15 On or about June 26, 2008, in the Northern District of California, the defendant,
16 MARSHAWN JEROME HOWARD,
17 did knowingly and intentionally possess with intent to distribute a Schedule I controlled
18 substance, namely, approximately 19 pills containing a detectable amount of 3,4
19 methylenedioxymethamphetamine, also known as "MDMA" or "Ecstasy" in violation of Title
20 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

22 COUNT FOUR:   (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) -- Possession With Intent To
23             Distribute Marijuana ).
24 On or about June 26, 2008, in the Northern District of California, the defendant,
25 MARSHAWN JEROME HOWARD,
26 did knowingly and intentionally possess with intent to distribute a Schedule I controlled
27 ////
28 ////

INDICTMENT

substance, namely, approximately 10.75 grams of marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

DATED:    August 13, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONEILLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
SAUSA DEREK BUTTS

INDICTMENT

AO 257 (Rev. 6/78)    AMENDED

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii) – Possession With Intent To Distribute Cocaine Base; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) – Possession With Intent To Distribute Cocaine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession With Intent To Distribute MDMA; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) – Possession With Intent To Distribute Marijuana

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ MARSHAWN JEROME HOWARD

DISTRICT COURT NUMBER
CR 08-541 CW

FILED AUG 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation/Richmond Police Dept.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 4:08-70344 WDB

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK BUTTS, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☒ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:

# AMENDED ATTACHMENT TO PENALTY SHEET FOR MARSHAWN HOWARD

**Count 1**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Base)

    If 851 Information alleging prior felony narcotics conviction filed:

| | |
|---|---|
| (1) Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| (2) Fine: | Maximum $4,000,000 |
| (3) Supervised Release: | Maximum Lifetime |
| | Mandatory Minimum 8 -Year Term |
| (4) Special Assessment: | $100.00 |

    If 851 Information alleging prior felony narcotics conviction not filed:

| | |
|---|---|
| (1) Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| (2) Fine: | Maximum $2,000,000 |
| (3) Supervise Release: | Maximum Lifetime |
| | Mandatory Minimum 4-Year Term |
| (4) Special Assessment: | $100.00 |

**Count 2**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Salt)

    If 851 Information alleging prior felony narcotics conviction filed:

| | |
|---|---|
| (1) Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| (2) Fine: | Maximum $4,000,000 |
| (3) Supervised Release: | Maximum Lifetime |
| | Mandatory Minimum 8 -Year Term |
| (4) Special Assessment: | $100.00 |

    If 851 Information alleging prior felony narcotics conviction not filed:

| | |
|---|---|
| (1) Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |

    (2) Fine:                            Maximum $2,000,000

    (3) Supervise Release:      Maximum Lifetime
                                           Mandatory Minimum 4-Year Term
    (4) Special Assessment:     $100.00

**Count 3**: 21 U.S.C. §§ 841(a)(1), (b)(1)(c) - Possession With Intent To Distribute a Schedule I Controlled Substance (Methylenedioxi methamphetamine)

    If 851 Information alleging prior felony narcotics conviction filed:

        (1) Imprisonment:        Maximum 30 Years Imprisonment
        (2) Fine:                    Maximum $2,000,000
        (3) Supervised Release:   Mandatory Minimum 6 -Year Term
        (4) Special Assessment:  $100.00

    If 851 Information alleging prior felony narcotics conviction <u>not</u> filed:

        (1) Imprisonment:        Maximum 20 Years Imprisonment
        (2) Fine:                    Maximum $1,000,000
        (3) Supervise Release:    Mandatory Minimum 3 -Year Term
        (4) Special Assessment:  $100.00

**Count 4**: 21 U.S.C. §§ 841(a)(1), (b)(1)(D) - Possession With Intent To Distribute A Schedule I Controlled Substance (Marijuana)

    If 851 Information alleging prior felony narcotics conviction filed:

        (1) Imprisonment:        Maximum 10 Years Imprisonment
        (2) Fine:                    Maximum $500,000
        (3) Supervised Release:   Mandatory Minimum 4 -Year Term
        (4) Special Assessment:  $100.00

    If 851 Information alleging prior felony narcotics conviction <u>not</u> filed:

        (1) Imprisonment:        Maximum 5 Years Imprisonment
        (2) Fine:                    Maximum $250,000
        (3) Supervise Release:    Mandatory Minimum 2-Year Term
        (4) Special Assessment:  $100.00