```
1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant HOWARD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00541 CW |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| vs. | ) ) | |
| MARSHAWN JEROME HOWARD | ) ) | Hearing Date: September 3, 2008 Requested Date: September 24, 2008 |
| Defendant. | ) ) | |

It is hereby stipulated between the parties that the status hearing date of September 3, 2008 should be continued to September 24, 2008 at 2:00 p.m. The parties request this continuance because counsel for Mr. Howard needs time to review the discovery and to meet with Mr. Howard. This is a new case. Mr. Howard was arraigned on August 19, 2008, and counsel received discovery on August 20, 2008.

The parties further agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties therefore agree that time should be excluded between September 3, 2008 until September 24,

1  2008 pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

2  August 28, 2008                              /s/
                                                ANGELA M. HANSEN
3                                               Assistant Federal Public Defender

4

5  August 28, 2008                              /s/
                                                MARK EICHMAN
6                                               Special Assistant United States Attorney

7

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
8  within this efiled document.            /S/ ANGELA M. HANSEN

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because counsel was recently appointed to represent Mr. Howard and she needs time to review the discovery and to meet with her client.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of September 3, 2008 is continued to September 24, 2008 at 2:00 p.m. and time is excluded from September 3, 2008 to September 24, 2008 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Date

HON. CLAUDIA WILKEN
United States District Judge