1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  MARK EICHMAN (CABN 216799)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile: (510) 637-3724
       E-Mails: mark.eichman@usdoj.gov
8

9  Attorneys for Plaintiff

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15  UNITED STATES OF AMERICA,        )    No. CR 08-00541 CW
                                     )
16          Plaintiff,                )
                                     )    NOTICE OF SUBSTITUTION OF
17      v.                           )    ATTORNEY
                                     )
18  MARSHAWN JEROME HOWARD,          )
                                     )
19          Defendants.              )
                                     )
20  _____)

21      Please take notice that as of August 29, 2008, the Special Assistant United States

22  Attorney whose name, address, telephone number and e-mail address is listed below is

23  assigned to be counsel for the government.

24                              MARK EICHMAN
                       Special Assistant United States Attorney
25                          1301 Clay Street; Suite 340S
                            Oakland, California 94612
26                             Phone: 510/637-3680
                                Fax: 510/637-3724
27                       E-mails: mark.eichman@usdoj.gov

28      The Clerk is requested to change the docket sheet and other court records so as to

SUBSTITUTION OF ATTORNEY

1 reflect that all orders and communications from the court will in the future be directed to
2 SAUSA Mark Eichman at the above mailing address, telephone number, facsimile
3 number and e-mail address.
4
5
6 DATED:  August 28, 2008                Respectfully submitted,

7                                                                      JOSEPH P. RUSSONIELLO
                                                                              United States Attorney
8
9                                                                              _____/s/_____
                                                                              MARK EICHMAN
10                                                                            Special Assistant United States Attorney

SUBSTITUTION OF ATTORNEY